AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JOHNNY HUGHES WALKER,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:08-cv-00075-LRH-RAM**

WARDEN, ELY STATE PRISON, et al.,

     Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely.


  June 12, 2008                                      **LANCE S. WILSON**
                                                         Clerk


                                                    /s/ Kalani Lizares
                                                      Deputy Clerk