# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY HUGHES WALKER,

    Petitioner,

vs.

WARDEN, ELY STATE PRISON, et al.,

    Respondents.

Case No. 3:08-CV-00075-LRH-(RAM)

**ORDER**

    Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Petitioner has submitted a Second Motion to Reconsider on Show Cause (#18). None of Petitioner's arguments would cause the Court to depart from its earlier denial (#14) of Petitioner's first Motion to Reconsider (#13).

    IT IS THEREFORE ORDERED that Petitioner's Second Motion to Reconsider on Show Cause (#18) is **DENIED**.

    DATED this 29th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE