# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY HUGHES WALKER,

    Petitioner,

vs.

WARDEN, ELY STATE PRISON, et al.,

    Respondents.

Case No. 3:08-CV-00075-LRH-(RAM)

**ORDER**

    Petitioner has submitted a letter (#21) purporting to be a request pursuant to the Freedom of Information Act and the Privacy Act for information in the court's possession. These acts do not apply to the court. 5 U.S.C. § 551(1)(B); Standley v. Dep't of Justice, 835 F.2d 216, 218 (9th Cir. 1987); Warth v. Dep't of Justice, 595 F.2d 521, 522 (9th Cir. 1979).

    IT IS THEREFORE ORDERED that the court take no further action upon petitioner's letter (#21).

    DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE